CLOSED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CHINA NATURAL PHARMACEUTICAL HOLDINGS COMPANY LIMITED,<br><br>    Petitioner and Counter Defendant,<br><br>v.<br><br>MADISON ONE ACME INC.,<br><br>    Respondent and Counter Claimant. | Case No.: CV14-05462 MWF (MRWx)<br><br>**AMENDED JUDGMENT** |

1    Petitioner China Natural Pharmaceutical Holdings Company Limited's
2    Petition to Confirm Arbitration Award came on regularly for hearing on October 20,
3    2014.  The Court, having read and considered the papers, and having heard the
4    arguments of counsel, issued an Order confirming the Arbitration Award and
5    entering judgment on October 23, 2014.  (Docket No. 17).  The parties thereafter
6    disagreed as to the calculation of costs, and a telephonic hearing was held on
7    October 29, 2014.  Pursuant to the Court's Order on October 29, 2014, the parties
8    then submitted a Joint Report Regarding Confirmation of Arbitration Award on
9    November 12, 2014.
10   The Court now **AMENDS** its judgment to reflect the agreement of the parties
11   as to the amounts owed in U.S. dollars pursuant to the Arbitrator's Award.  This
12   Amended Judgment **SUPERSEDES** the judgment entered by the Court in the last
13   paragraph of its Order dated October 23, 2014.  The parties may not reference or
14   rely on the prior judgment in confirming the Arbitration Award, and are limited to
15   the recovery provided below.
16   In light of the foregoing, in accordance with the Court's Order dated October
17   23, 2014, confirming the Arbitration Award, and pursuant to Rule 58(d) of the
18   Federal Rules of Civil Procedure,
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. The total amount of damages owed by Madison One pursuant to the confirmed Arbitration Award is **US $939,443.50.**

2. The total interest on the awarded damages owed by Madison One pursuant to the confirmed Arbitration Award is **US $171,645.08.**

3. The total amount of costs owed by Madison One pursuant to the confirmed Arbitration Award is **US $260,028.55.**

4. The total amount owed by Madison One for the preparation of the Arbitration Award is **US $17,659.30.**

November 18, 2014
Date

MICHAEL W. FITZGERALD
United States District Judge